IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRENE HONESTO, | ) | 1:09cv01087 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | STIPULATION TO DISMISS |
| | ) | |
| | ) | (Document 14) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On November 3, 2009, the parties filed a stipulation to dismiss this action pursuant to Rule 41(a)(1)(ii). The parties' request is GRANTED and this action is DISMISSED. Each party shall bear his/her own costs and expenses.

IT IS SO ORDERED.

    Dated:   November 4, 2009               /s/ Dennis L. Beck
                                                                                        UNITED STATES MAGISTRATE JUDGE

1